# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| L.H., an individual | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:22-CV-625-CHB-RSE |
| | ) Judge Claria Horn Boom |
| RED ROOF INN, INC., RRI OPCO, LLC, BW | ) |
| RRI, LLC, and CLUB NO, INC, | ) |
| | ) |
| Defendants, | ) |
| ------------------------------------------------------- | ) |
| RED ROOF INN, INC. | ) |
| | ) |
| Third-Party Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SECURITAS SECURITY SERVICES USA, | ) |
| INC., and IMPERIAL SECURITY SERVICES, | ) |
| INC. | ) |
| Third-Party Defendants | ) |
| | ) |
| ------------------------------------------------------- | ) |
| L.H., an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SECURITAS SECURITY SERVICES USA, | ) |
| INC., | ) |
| Third-Party Defendant | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, subject to the Court's approval, by and between Plaintiff

L.H. and Defendant Club NO, Inc., through their counsel of record, pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against Defendant Club NO, Inc., are

dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

IT IS SO STIPULATED AND AGREED.

Dated: March 16, 2026                    Respectfully Submitted,

By:     ***/s/ Jonathan M. Sedgh***
        Jonathan M. Sedgh, Esquire (SBN #4557260)
        (*admitted Pro Hac Vice*)
        Morgan & Morgan
        350 5th Avenue, Suite 6705
        New York, NY 10118
        T: (212) 738-6839
        jsedgh@forthepeople.com
        ***Attorneys for Plaintiff, L.H.***


        ***/s/ James Earhart*** (*with permission*)
        James Earhart
        2819 Seventh Street Road
        Louisville, KY 40215
        T: (502) 599-6864
        attyearhart@aol.com
        ***Attorney for Club NO, Inc.***

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 16th day of March, 2026, a true and correct copy of the foregoing instrument was filed electronically. Service of this filing will be made pursuant to Fed. R. Civ. P. 5(b)(2)(E) through this Court's electronic filing system. Parties may access the filing through the Court's system.

*/s/ Jonathan M. Sedgh*
Jonathan M. Sedgh
